CHESTER FINDERS KEEPERS, INC. v. CHESTER SPRINGS
ASSOCIATES AND COMMONWEALTH TRADING CO.

February 11, 1985.

Petition for certification granted.

DIVISION OF MOTOR VEHICLES, DEPARTMENT OF LAW
AND PUBLIC SAFETY v. ARTHUR T. FORD, III.

February 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN SLY.

February 11, 1985.

Petition for certification denied.

ELBERON INVESTMENT CORP. v. DAVID O. EVANS, ANNE E.
GIBBONS, INTERSTATE DEVELOPMENT CO., INC., A CORPO-
RATION OF THE STATE OF NEW JERSEY, AND LINDABURY,
MCCORMICK & ESTABROOK, A PROFESSIONAL CORPORA-
TION.

February 11, 1985.

Petition for certification granted.